**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6663

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM M. BRYSON, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry M. Herlong, Jr., District
Judge.  (CR-01-240-8-1; CR-01-712)

Submitted:  July 23, 2004          Decided:  August 19, 2004

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William M. Bryson, Jr., Appellant Pro Se.  Marvin Jennings
Caughman, Mark C. Moore, Beth Drake, Assistant United States
Attorneys, Columbia, South Carolina; Regan Alexandra Pendleton,
Assistant United States Attorney, Greenville, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William M. Bryson, Jr., appeals from the district court's order denying his motion filed pursuant to Fed. R. Crim. P. 33, in which Bryson requested to be resentenced. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order denying Bryson's motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED